ORIGINAL

FILED
SEP 29 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CA, INC.<br>One CA Plaza<br>Islandia, NY 11749<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No.: 06-681-C<br><br>Judge: |

## PLAINTIFF CA, INC.'S
## RCFC 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, CA, Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Date: September 29, 2006

Respectfully submitted,

Sarah Gill
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6643 (tel.)
(202) 663-6363 (fax)
sarah.gill@wilmerhale.com
*Counsel of Record for Plaintiff*
*COMPUTER ASSOCIATES, INC.*

Of Counsel:
Jay P. Urwitz
Todd R. Steggerda
John Janecek
Kevin R. Pinkney
WILMER CUTLER PICKERING
HALE AND DORR LLP

RECEIVED
OVER THE COUNTER

SEP 29 2006

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000 (tel.)
(202) 663-6363 (fax)