# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CA, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-681C |
| **THE UNITED STATES**, | * | (Filed Nov. 16, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to Plaintiff CA, Inc.'s Motion for an Order Directing the U.S. Department of the Navy To Issue a Decision by January 15, 2007 and Staying Proceedings on Counts Two and Three of CA, Inc.'s Complaint, and pursuant to RCFC 7.2(a),

**IT IS ORDERED**, as follows:

1. Defendant shall respond by November 21, 2006.

2. Plaintiff shall reply by November 28, 2006.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge