IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No.: 06-681C<br><br>Judge: Christine O.C. Miller |

**JOINT NOTICE OF PARTIES' AGREEMENTS PERTAINING TO PLAINTIFF CA, INC.'S MOTION FOR AN ORDER DIRECTING THE U.S. DEPARTMENT OF THE NAVY TO ISSUE A DECISION BY JANUARY 15, 2007 AND STAYING PROCEEDINGS ON COUNTS TWO AND THREE OF CA, INC.'S COMPLAINT**

On November 16, 2006, Plaintiff CA, Inc. ("CA"), moved, pursuant to the Contract Disputes Act of 1978, 41 U.S.C. § 605(c)(3) and (4) (2000), for the Court to direct Defendant United States of America, acting through the U.S. Department of the Navy ("the Navy"), to issue a decision on CA's pending claim by January 15, 2007. CA further moved for a stay of the proceedings with regard to Counts Two and Three of CA's Complaint until the Navy resolves CA's claim. The parties file this joint notice and the attached revised proposed order to reflect the recent agreements of the parties as to both of CA's requests in its November 16, 2006 motion for an order directing the Navy to issue a decision by January 15, 2007 and staying proceedings on Counts Two and Three of CA's complaint.

First, the parties file this joint notice to reflect our recent agreement establishing that the Navy will issue a decision on CA's claim no later than March 1, 2007. Accordingly, CA respectfully withdraws the first portion of its November 16, 2006 motion, which requested an order from the Court directing the Navy to issue a decision on CA's claim by January 15, 2007.

Second, regarding the second portion of CA's November 16, 2006 motion, which requested a stay of the proceedings with regard to Counts Two and Three of CA's Complaint until the Navy resolves CA's claim, the Navy hereby consents to this request. The Navy now joins in CA's request for a stay of the proceedings on Counts Two and Three of CA's Complaint until March 1, 2007 — the date by which the Navy will issue a decision on CA's claim. The parties agree that the time for filing the Navy's response to the Complaint would be tolled during the stay.

Date: November 20, 2006

Respectfully submitted,

Sarah Gill
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6643 (tel.)
(202) 663-6363 (fax)
sarah.gill@wilmerhale.com
*Counsel of Record for Plaintiff*
*COMPUTER ASSOCIATES, INC.*

*Of Counsel*:
Jay P. Urwitz
Todd R. Steggerda
John Janecek
Kevin R. Pinkney
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000 (tel.)
(202) 663-6363 (fax)

Brian T. Edmunds
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-8253
Telecopier: (202) 307-0972

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CA, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No.: 06-681C

Judge: Christine O.C. Miller

**[REVISED PROPOSED] ORDER STAYING PROCEEDINGS ON COUNTS TWO AND THREE OF PLAINTIFF CA, INC.'S COMPLAINT**

On November 16, 2006, Plaintiff CA, Inc. ("CA"), moved, pursuant to the Contract Disputes Act of 1978, 41 U.S.C. § 605(c)(3) and (4) (2000), for the Court to direct Defendant United States of America, acting through the U.S. Department of the Navy ("the Navy"), to issue a decision on CA's pending claim by January 15, 2007. CA further moved for a stay of the proceedings with regard to Counts Two and Three of CA's Complaint until the Navy resolves CA's claim. On November 20, 2006, the parties filed a joint notice stating that the parties agreed to a deadline of March 1, 2007 for the Navy's resolution of CA's claim, and CA withdrew the portion of its motion that requested an order directing the Navy to resolve CA's claim by January 15, 2007. The joint notice also stated that the Navy consented to CA's request for a stay of the proceedings with regard to Counts Two and Three of CA's Complaint until March 1, 2007.

Having reviewed all the materials submitted, and good cause having been shown, it is therefore ORDERED that the proceedings on Counts Two and Three of the Complaint are stayed until March 1, 2007, the date by which the parties, pursuant to their agreements reflected in the joint notice, have agreed that the Navy will render its decision on CA's claim.

**IT IS SO ORDERED.**

Dated: ______________________________

______________________________
The Honorable Christine O.C. Miller
United States Court of Federal Claims Judge