# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CA, INC.,** *

Plaintiff, *

v. * No. 06-681C

**THE UNITED STATES,** * (Filed Nov. 22, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the joint notice of agreement regarding Counts Two and Three of plaintiff's complaint filed on November 20, 2006,

**IT IS ORDERED**, as follows:

1. The order entered on November 16, 2006, is vacated, as plaintiff withdraws its motion filed on November 16, 2006.

2. Per the parties' agreement, the U.S. Department of the Navy shall issue a decision on Counts Two and Three of the complaint by March 1, 2007.

3. Per the parties' agreement, Counts Two and Three of the complaint are stayed until March 1, 2007. The parties shall file a Joint Status Report by March 15, 2007, proposing a course of further proceedings.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge