**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CA, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No.: 06-681C<br>Judge: Christine O.C. Miller |

**<u>PLAINTIFF CA, INC.'S MOTION TO CHANGE COUNSEL OF RECORD</u>**

Pursuant to RCFC 83.1(c)(4), plaintiff CA, Inc. ("CA") hereby moves for leave of the court to change its counsel of record, from Sarah Gill to Jonathan Frankel. In support of this motion, CA submits the attached Affidavit of Sarah Gill in Support of Plaintiff CA Inc.'s Motion to Change Counsel of Record.

Respectfully submitted,

s/ Sarah Gill
Sarah Gill
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6643 (tel.)
(202) 663-6363 (fax)
sarah.gill@wilmerhale.com

s/ Jonathan Frankel
Jonathan Frankel
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6113 (tel.)
(202) 663-6363 (fax)
Jonathan.Frankel@wilmerhale.com

Date: February 6, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No.: 06-681C<br><br>Judge: Christine O.C. Miller |

**AFFIDAVIT OF SARAH GILL IN SUPPORT OF**
**PLAINTIFF CA INC.'S MOTION TO CHANGE COUNSEL OF RECORD**

I, Sarah Gill, declare as follows:

1. I am an attorney at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, and I am counsel of record for CA, Inc. ("CA") in the above-captioned matter.

2. I file this Affidavit in support of CA's Motion to Change Counsel of Record.

3. Pursuant to RCFC 83.1(c)(4), I hereby consent to this change in counsel of record.

4. I have communicated with a duly authorized representative of CA, who has consented to this change in counsel of record.

5. I declare under penalty of perjury that the foregoing is true and correct.

Date: February 6, 2007

Respectfully submitted,

s/ Sarah Gill
Sarah Gill