**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CA, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No.: 06-681C<br>Judge: Christine O.C. Miller |

**CONSENT MOTION TO STAY PROCEEDINGS**

Plaintiff CA, Inc. ("CA") respectfully asks the Court to stay all further proceedings in this docket for 60 days, until May 14, 2007, to allow the parties to explore the possible resolution of the case. Defendant United States of America consents to this motion.

On November 20, 2006, CA and the United States filed a Joint Notice reflecting the parties' agreement for the U.S. Department of the Navy to issue its decision on a then-pending CA contract claim no later than March 1, 2007. The parties also jointly moved to stay proceedings on the remainder of this case until that date. The Court issued a stay on November 22, 2006, and asked the parties to file a Joint Status Report by March 15, 2007 proposing a course of further proceedings in this case.

On March 1, 2007, the Navy issued its decision on CA's contract claim, and the parties are now exploring the possibility of settlement. A two-month stay would enable the parties to have these discussions.

In light of the requested stay, it would be premature to propose a course of future proceedings. Counsel for both parties will submit a joint status report or request a further extension of the stay by May 14.

Date: March 14, 2007

Respectfully submitted,

Jonathan Frankel
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6113 (tel.)
(202) 663-6363 (fax)
Jonathan.Frankel@wilmerhale.com
*Counsel of Record for Plaintiff*
*CA, INC.*

*Of Counsel*:
Jay P. Urwitz
John Janecek
Kevin R. Pinkney
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000 (tel.)
(202) 663-6363 (fax)