**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CA, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No.: 06-681C<br>Judge: Christine O.C. Miller |

**CONSENT MOTION TO EXTEND THE STAY OF PROCEEDINGS**

Plaintiff CA, Inc. ("CA") respectfully asks the Court to stay all further proceedings in this docket for an additional 45 days from the expiration of the current stay on May 14, 2007. The additional stay, to June 28, 2007, will enable the parties to continue exploring the possible resolution of the case. Defendant United States of America consents to this motion.

The U.S. Department of the Navy issued its decision on CA's contract claim on March 1, 2007. On March 14, CA filed a consent motion to stay proceedings while the parties explored the possibility of settlement. The motion stated that counsel would submit a joint status report or request a further extension of the stay by May 14. The Court granted the consent motion on March 15, 2007.

CA now asks the Court to extend that stay an additional 45 days to allow the parties' discussions to continue. Counsel for both parties will submit a joint status report or request a further extension of the stay by June 28, 2007.

Date: May 9, 2007

Respectfully submitted,

Jonathan Frankel
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6113 (tel.)
(202) 663-6363 (fax)
Jonathan.Frankel@wilmerhale.com
*Counsel of Record for Plaintiff*
*CA, INC.*

*Of Counsel*:
Jay P. Urwitz
John Janecek
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000 (tel.)
(202) 663-6363 (fax)