# In the United States Court of Federal Claims

**************************************

**CA, INC.,**

Plaintiff,

v. No. 06-681C

**THE UNITED STATES,** (Filed May 11, 2007)

Defendant.

**************************************

## ORDER

The parties' Consent Motion To Extend the Stay of Proceedings filed on May 9, 2007, is granted. Accordingly,

**IT IS ORDERED**, as follows:

The stay is continued until June 28, 2007. The parties shall file a Joint Status Report by June 28, 2007, reporting with particularity the status of settlement.

s/ Christine O.C. Miller

___________________________________

Christine Odell Cook Miller
Judge