**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CA, INC.,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | No.: 06-681C<br><br>Judge: Christine O.C. Miller |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), Plaintiff CA, Inc. and Defendant United States of America, by and through their undersigned attorneys, hereby stipulate and agree that this action is dismissed without prejudice, and with each party to bear its own costs.

Respectfully submitted,

Jonathan J. Frankel
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6113 (tel.)
(202) 663-6363 (fax)
Jonathan.Frankel@wilmerhale.com

*Counsel of Record for Plaintiff CA, Inc.*

---and---

Peter D. Keisler
Assistant Attorney General

Jeanne E. Davidson
Director

Mark A. Melnick
Assistant Director

Brian T. Edmunds
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, N.W.
Washington, DC 20530
(202) 616-8253 (tel.)
(202) 307-0972 (fax)
brian.edmunds@usdoj.gov

Dated: June 28, 2007

*Counsel for Defendant*